# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEANA ANDERSON, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Limited Liability Company, and DOES 1 through 10, inclusive<br>　　　　　　Defendants. | Case No: 8:24-cv-01824-FWS-JDE<br><br>*Assigned to Hon. Fred W. Slaughter and Magistrate Judge John D. Early*<br><br>**ORDER OF DISMISSAL** |

　　　Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed without prejudice, each side to bear its own costs and attorney's fees.

　　　**IT IS SO ORDERED.**

DATE: September 27, 2024　　By: _____
　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE